UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ22-182 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| DWIGHT CHRISTIANSON HENLINE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:     Arson

<u>Date of Detention Hearing</u>:   May 4, 2022.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is charged with one count of Arson following a fire on April 6-7,

DETENTION ORDER
PAGE -1

2022 in Friday Harbor, Washington, that is alleged to have caused severe damage or total destruction of several businesses, the cost of which is projected to be in the millions of dollars. The AUSA proffers information that defendant is also alleged to have been involved in stalking two different women on the island and slashed the tires of one of their cars on the same date as the alleged offense.

2. Defendant's criminal record includes a conviction for assault in the fourth degree and a history of alleged assaultive conduct. His record includes multiple failures to appear with warrant activity and a pending charge for unlawful firearm possession in state court. Defendant is not employed and does not have a suitable release plan.

3. Defendant poses a risk of nonappearance due to pending charges, criminal activity while under supervision, substance abuse and mental health history, noncompliance with supervision, and lack of employment. Defendant poses a risk a danger based on the nature of the instant charges, a history of violence, a pattern of similar conduct, criminal activity while under supervision, substance abuse and mental health history, and safety concerns for the community involved in the allegations.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 4th day of May, 2022.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3