Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_May 18_ 20_22_

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

        v.

DWIGHT CHRISTIANSON HENLINE,

          Defendant.

NO. **CR22-069 JHC**

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1
### (Arson)

On or about April 6, 2022, in San Juan County, within the Western District of Washington, DWIGHT CHRISTIANSON HENLINE did maliciously damage and destroy, by means of fire, a building that is used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is: the commercial building located at 40 Spring Street in Friday Harbor, Washington, which housed businesses including Crystal Seas Kayaking, San Juan Property Management, and San Juan Excursions.

All in violation of Title 18, United States Code, Section 844(i).

//

Indictment - 1
*United States v. Henline*
USAO No. 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**FORFEITURE ALLEGATION**

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.  Upon conviction of the offense alleged in Count 1 DWIGHT CHRISTIANSON HENLINE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property that constitutes or is traceable to proceeds of the offense, and pursuant to Title 18, United States Code, Section 844(c), by way of Title 28 United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the offense.

//

//

//

//

//

//

//

//

//

Indictment - 2
*United States v. Henline*
USAO No. 2022R00471

1    **Substitute Assets.** If any of the above-described forfeitable property, as a result of

2    any act or omission of the defendant,

3         a.    cannot be located upon the exercise of due diligence;

4         b.    has been transferred or sold to, or deposited with, a third party;

5         c.    has been placed beyond the jurisdiction of the Court;

6         d.    has been substantially diminished in value; or,

7         e.    has been commingled with other property which cannot be divided

8               without difficulty,

9    it is the intent of the United States to seek the forfeiture of any other property of the

10   defendant, up to the value of the above-described forfeitable property, pursuant to

11   Title 21, United States Code, Section 853(p).

12

13                              A TRUE BILL:

14

15                              DATED:   18 May 2022

16

17                              *Signature of Foreperson redacted pursuant*
                                *to the policy of the Judicial Conference of*
18                              *the United States.*

19                              _____

20                              FOREPERSON

21   _____
     NICHOLAS W. BROWN
22   United States Attorney

23   _____

24   TODD GREENBERG
     Assistant United States Attorney
25

26   _____

27   ERIN H. BECKER
     Assistant United States Attorney
28

Indictment - 3
*United States v. Henline*
USAO No. 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970