UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | NO. CR22-069 JHC<br><br>ORDER CONTINUING DETENTION |

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 18th day of May, 2022.

_____
UNITED STATES MAGISTRATE JUDGE