The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-069 JHC |
| Plaintiff, | DISCOVERY PROTECTIVE ORDER |
| v. | |
| DWIGHT CHRISTIANSON HENLINE, | |
| Defendant. | |

This matter, having come to the Court's attention on the Stipulated Motion for Entry of a Discovery Protective Order submitted by the United States of America and Defendant Dwight Christianson Henline, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

1. <u>Protected Material</u>

The following documents and materials are deemed Protected Material: a witness key identifying witnesses whose names have been redacted to initials in provided discovery, and other similar discovery that may from time to time be produced by the government. The United States will make available copies of the Protected Materials to defense counsel to comply with the government's discovery obligations. Possession of copies of the Protected Materials is limited to the attorneys of record, and investigators,

DISCOVERY PROTECTIVE ORDER - 1
*United States v. Henline* CR22-069 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

paralegals, law clerks, experts, and assistants for the attorneys of record (hereinafter collectively referred to as members of the defense team). The defense team does not include the defendant or any other witness. This category of Protected Materials will be marked and labeled as "Protected Material."

2. <u>Scope of Review of Protected Material</u>

The defense team may not display, review, disseminate, or otherwise convey the Protected Material to anyone outside the defense team except as provided herein. The defense team may show, display, and review the Protected Material with the defendant; however, the defense team may not provide a copy of the Protected Material to the defendant or other persons to keep or maintain in his possession, or to copy for himself. The defense team may also show the Protected Material to investigating case agents identified by the government.

3. <u>Parties' Reciprocal Discovery Obligations</u>

Nothing in this order should be construed as imposing any discovery obligations on the government or the defendant that are different from those imposed by case law, the Jencks Act, Rule 16 of the Federal Rules of Criminal Procedure, and the Local Criminal Rules.

4. <u>Filing of Protected Material</u>

Any Protected Material that is filed with the Court in connection with pre-trial motions, trial, sentencing, or other matter before this Court, shall be filed under seal and shall remain sealed until otherwise ordered by this Court.  This does not entitle either party to seal their filings as a matter of course.  The parties are required to comply in all respects to the relevant local and federal rules of criminal procedure pertaining to the sealing of court documents.

5. <u>Non-termination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution.

//

DISCOVERY PROTECTIVE ORDER - 2
*United States v. Henline* CR22-069 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970

6. <u>Violation of Protective Order</u>

If the defendant violates any term or condition of this Order, the United States reserves its right to seek a sentencing enhancement for obstruction of justice, or to file any criminal charges relating to the defendant's violation.

DATED this 8th day of August, 2022.

_____
JOHN H. CHUN
United States Judge

Presented by:

*s/ Cecelia Gregson*
ERIN H. BECKER
CECELIA GREGSON
Assistant United States Attorneys

*s/ Dennis Carol*
DENNIS CARROLL
MOHAMMAD ALI HAMOUDI
Assistant Federal Public Defenders
**Per email authorization**

DISCOVERY PROTECTIVE ORDER - 3
*United States v. Henline* CR22-069 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
(206) 553-7970