JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-069-JHC |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARILY WITHDRAWAL OF MOTION |
| DWIGHT C. HENLINE, | |
| Defendant. | |

After consultation with counsel, Mr. Henline withdraws his pro se motion for withdrawal and substitution of counsel filed at Dkt. 27.

DATED this 8th day of September 2022.

Respectfully submitted,

s/ *Dennis Carroll*
Assistant Federal Public Defenfer
Attorney for Dwight Henline

NOTICE OF VOLUNTARILY
WITHDRAWAL OF MOTION
(*USA v. Henline* / CR22-069-JHC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100