JUDGE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 22-69 JHC |
| Plaintiff | |
| vs. | UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MOTIONS DEADLINE |
| DWIGHT HENLINE, | |
| Defendant. | |

David Hammerstad, counsel for Dwight Henline, moves this court to continue the trial in this case from June 20, 2023 to October 30 2023 and set a motions deadline approximately six weeks prior to trial.   The government does not oppose this motion.

In support of the motion, counsel sets forth the following:

1. Mr. Henline is charged with Arson pursuant to 18 U.S.C. 844(i). Trial is currently scheduled for June 20, 2023.
2. This trial date was selected before undersigned counsel was appointed. Undersigned counsel is available June 20-22, but unavailable the following two

MOTION TO CONTINUE

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com

weeks because of previously scheduled family vacation.  Counsel for the government estimates this trial will take a minimum of four court days to try.

3. Based on the respective vacation and trial schedules of undersigned counsel and Ms. Becker and Ms. Gregson, and court availability, the parties propose October 30, 2023 as a trial date.

4. Discovery in this case is voluminous, comprising seven productions thus far containing nearly 5,000 pages in Bates-stamped discovery, including sizeable video, audio, phone download and email search warrant return files.  If the case proceeds to trial, the defense expects the government to have a lengthy witness list, including expert witnesses, which will require substantial defense investigation and preparation.

5. Given counsel's need to review discovery, investigate, and prepare necessary motions, the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. Section 3161(h)(7)(A), (B)(i), (iv).

Dated this 1st day of March, 2023

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1000 2nd Ave, Suite 3140
Seattle, WA 98104
(206) 445-0215
(206) 267-0349(fax)
david@hammerstadlaw.com

-2-

MOTION TO CONTINUE

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com

## CERTIFICATE OF SERVICE

I, David Hammerstad, hereby certify that on March 1, 2023, I electronically filed the foregoing *Motion to Continue* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Government.

    /s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1000 2nd Ave, Suite 3140
Seattle, WA 98104
(206) 445-0215
(206) 267-0349 (fax)
david@hammerstadlaw.com

-3-

**MOTION TO CONTINUE**     The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
**e-mail:** david@hammerstadlaw.com