JUDGE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>　　vs.<br><br>DWIGHT HENLINE,<br><br>　　　　　Defendant. | NO. 2:22-CR-69 JHC<br><br>ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND MOTIONS DEADLINE |

　　　　The Court, having reviewed Mr. Henline's Unopposed Motion to Continue the Trial Date and Motions Deadline, and being advised that the government does not object to the motion, hereby finds that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section 3161(h)(7)(A). Specifically, the Court finds that the failure to grant a continuance would be likely to make a continuation of the proceeding impossible, because newly appointed counsel for the defendant is unable to be present for the entirety of the trial as currently scheduled, which would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i). Additionally, because of the volume of discovery and the complexity of the case due to the number of witnesses and experts, and the schedules of trial counsel for both parties, the failure to grant a continuance would deny counsel for the defendant continuity of counsel and as well as reasonable time necessary for effective representation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

//

//

The Court therefore ORDERS that the trial date be continued to October 30, 2023, and the motions deadline be extended to September 21, 2023. The period of time between the date of this order and the new trial date of October 30, 2023, is excluded pursuant to 18 U.S.C. § 3161(h)(7).

Dated this 1st day of March, 2023

*John H. Chun*

John H. Chun
United States District Judge