JUDGE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | NO. CR 22-69 JHC |
| vs. | PRAECIPE |
| DWIGHT HENLINE, | |
| Defendant. | |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

You will please issue five subpoenas duces tecum, in blank, in connection with the above case. Please mail the subpoenas to the undersigned at the address listed below or email to david@hammerstadlaw.com.

Dated this 16th day of May, 2023

    /s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Office of David Hammerstad
1000 2nd Ave, Suite 3140
Seattle, WA 98104
(206) 445-0215

-1-

**PRAECIPE**

**The Law Office of David Hammerstad, LLC**
**1000 2nd Ave Suite 3140**
**Seattle, Washington 98104**
**Tel. 206.445.0215 – Fax 206.267.0349**
**e-mail:** david@hammerstadlaw.com