JUDGE JOHN H. CHUN

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DWIGHT HENLINE, <br><br> Defendant. | NO. CR 22-69 JHC <br><br> ORDER ON EX PARTE MOTION FOR APPOINTMENT OF CO-COUNSEL |

This COURT, having reviewed the Defendant's Motion for Appointment of Co-counsel, and finding that, given the length of trial, the number of witnesses, and the complexity of the case, it would be extremely difficult for counsel to competently represent Mr. Henline without co-counsel, hereby GRANTS Defendant's Motion and hereby appoints Joshua Saunders as co-counsel in this matter.

Dated this 20th day of June 2023.

_John H. Chun_
Hon. John H. Chun
Federal District Court Judge