Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 30, 2023

Ravi Subramanian, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | No. CR22-69 JHC<br><br>**SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Arson)

On or about April 6, 2022, in San Juan County, within the Western District of Washington, DWIGHT CHRISTIANSON HENLINE did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building that is used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is: the commercial building located at 40 Spring Street in Friday Harbor, Washington, which housed businesses including Crystal Seas Kayaking, San Juan Property Management, and San Juan Excursions.

All in violation of Title 18, United States Code, Section 844(i).

///

Superseding Indictment - 1
*United States v. Henline* / CR22-69 JHC
USAO No. 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

**(Arson)**

On or about April 6, 2022, in San Juan County, within the Western District of Washington, DWIGHT CHRISTIANSON HENLINE did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building that is used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is: the commercial building located at 50 Spring Street in Friday Harbor, Washington, which housed the business Windermere Real Estate San Juan Island.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT 3

**(Arson)**

On or about April 6, 2022, in San Juan County, within the Western District of Washington, DWIGHT CHRISTIANSON HENLINE did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building that is used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is: the commercial building located at 70 Spring Street/80 First Street South in Friday Harbor, Washington, which housed the businesses Crow's Nest Coffee Shoppe and Herb's Tavern LLC.

All in violation of Title 18, United States Code, Section 844(i).

## COUNT 4

**(Arson)**

On or about April 6, 2022, in San Juan County, within the Western District of Washington, DWIGHT CHRISTIANSON HENLINE did maliciously damage and destroy, and attempt to damage and destroy, by means of fire, a building that is used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, that is: the commercial building located at 1 Front Street in Friday Harbor, Washington, which housed the business Friday Harbor SkyBar and others.

All in violation of Title 18, United States Code, Section 844(i).

Superseding Indictment - 2
United States v. Henline / CR22-69 JHC
USAO No. 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1–4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1–4, DWIGHT CHRISTIANSON HENLINE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property that constitutes or is traceable to proceeds of the offense, and pursuant to Title 18, United States Code, Section 844(c), by way of Title 28 United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in the offense.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or,

    e.    has been commingled with other property which cannot be divided without difficulty,

///

///

Superseding Indictment - 3
*United States v. Henline* / CR22-69 JHC
USAO No. 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8/30/23

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
ERIN H. BECKER
Assistant United States Attorney

_____
CECELIA GREGSON
Assistant United States Attorney

Superseding Indictment - 4
*United States v. Henline* / CR22-69 JHC
USAO No. 2022R00471

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970