**Defendant Status Sheet**
(Prepare ONE for EACH defendant)

<table>
<tr><td>Defendant Status</td><td>

Defendant Name: DWIGHT CHRISTIANSON HENLINE

Is there already a charging document filed for this defendant for this case in this district?

☒ Yes      ☐ No                 If yes:  Indictment

If yes, please enter the cause number below:

      or      <u>CR22-069 JHC</u>

Has the Defendant had an initial appearance in this case in this district?      ☒ Yes      ☐ No

</td></tr>
<tr><td>Defendant Location</td><td>

☒ At the FDC under the cause number indicated above.

☐ At the FDC under a different cause number: Enter different cause number here.

☐ In custody under this cause number in another District: <u>Enter other District here.</u>

☐ In custody (different cause number) in another District: <u>Enter other info here.</u>

☐ In local custody: <u>Enter local jurisdiction here.</u>

☐ In the community on supervision under cause number: <u>Enter cause number here.</u>

☐ At large.

☐ Other: Click or tap here to enter text.

</td></tr>
<tr><td>Release</td><td>

☐ Continue Conditions of release

☒ Continue Detention

☐ Not set; temporary detention; detention hearing scheduled for: Click or tap to enter a date.

</td></tr>
<tr><td>Arraignment</td><td>

☐ Warrant to Issue (MUST complete *Defendant Arrest Warrant Info Sheet*).

☐ Summons to be issued for:

    ☐ Defendant Address: <u>Click or tap here to enter text.</u>

☒ Letter to defense counsel for appearance on: 9/7/2023

    ☒ Defense Counsel name and address: David Reiner Hammerstad, Law Office of David

    Hammerstad LLC, 1000 2nd Avenue Ste 3140, Seattle, WA 98104

</td></tr>
<tr><td>Trial</td><td>

Estimated trial length (days): 8-10 days

</td></tr>
</table>