# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DWIGHT CHRISTIANSON HENLINE, <br> Defendant. | NO. CR22-069 JHC <br><br> ORDER CONTINUING DETENTION <br> SUPERSEDING INDICTMENT |

A Superseding Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 30th day of August, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1
SUPERSEDING INDICTMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970