

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

700 Stewart Street, Suite 5220   Tel:  (206) 553-7970
Seattle WA, 98101-1271   Fax: (206) 553-4440
www.usdoj.gov/usao/waw

August 31, 2023

<u>**VIA ECF**</u>

DAVID REINER HAMMERSTAD
Attorney at Law

    Re:    *United States v. Dwight Christianson Henline*
            <u>No. CR22-069-JHC, USDC, W.D. Washington</u>

Dear Counselor:

    Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

| | |
|---|---|
| Date: | Thursday, September 7, 2023 |
| Time: | 9:00 a.m. |
| Before: | Brian A. Tsuchida, United States Magistrate Judge |
| Place: | United States Courthouse, Room 12B
700 Stewart Street, 12th Floor, Seattle, WA  98101 |

    It will be necessary that you and your client be present at the time and place indicated above, or via video or teleconference as directed by the Court.  The indictment and other documents related to this case are available on the Court's Electronic Docketing System.

    If this is your client's first appearance, please contact U.S. Probation and Pretrial Services, 206-370-8950 (Seattle) or 253-882-3705 (Tacoma), to schedule a pretrial interview in advance of the arraignment.

    The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 <u>et</u>. <u>seq</u>.), and the District's Plan for Prompt Disposition of Criminal Cases, available on the Court's website: <u>https://www.wawd.uscourts.gov</u> .

    Very truly yours,

    TESSA M, GORMAN
    Acting United States Attorney

    *s/ Erika Evans*
    ERIKA EVANS
    Assistant United States Attorney