The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | No. CR22-69 JHC<br><br>GOVERNMENT'S MOTION FOR PERMISSION TO FILE A SURREPLY<br><br>NOTING DATE: October 13, 2023 |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Erin H. Becker and Cecelia Gregson, Assistant United States Attorneys for said District, hereby files this motion for permission to file a surreply in response to the Defendant's Reply to Government Response to Motion to Exclude Expert Opinion (Dkt. 51).

On October 4, 2023, defense counsel filed a Reply to Government Response to defense's Motion to Exclude Expert Opinion Testimony (*Daubert* Motion). In his reply brief, Henline sought a different remedy than what he sought in his original motion. The

Motion for Permission to File Surreply - 1
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

government is moving to strike the reply brief. If the Court denies the government's request to strike, the government seeks additional time to prepare for any *Daubert* hearing. A motion to strike is properly brought in a surreply. Accordingly, the government requests permission to file a surreply to properly address Henline's new request.

## CONCLUSION

For all the above-stated reasons, the government respectfully requests permission to file a surreply no later than October 5, 2023, for the limited purpose to properly address—and move to strike—Henline's new, different request for relief.

DATED this 5th day of October, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

s/ *Erin H. Becker*
ERIN H. BECKER
CECELIA GREGSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone:   (206) 553-2905
E-mail: erin.becker@usdoj.gov

Motion for Permission to File Surreply - 2
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970