The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DWIGHT CHRISTIANSEN HENLINE,<br><br>Defendant. | No. CR22-69 JHC<br><br>UNITED STATES' AMENDED EXHIBIT LIST |

The United States hereby submits this amended list of exhibits it may offer during its case-in-chief. The Government reserves the right to supplement, or otherwise revise, the exhibit list with additional exhibits as necessary prior to and during trial. The Government will provide the Court with a set of exhibits in digital format.

| Exhibit No. | Type | Description | Offered | Admitted |
|---|---|---|---|---|
| Physical Items | | | | |
| Fire Investigation | | | | |
| 1 | Bulk | white BIC lighter from fire scene | | |
| 2 | Bulk | fire debris (wood decking) | | |
| 3 | Bulk | fire debris and soil sample | | |
| 4 | Bulk | fire debris (soil sample) | | |
| 5 | Bulk | comparison soil sample | | |
| 6 | Bulk | comparison sample wood decking | | |
| 7 | Bulk | fire debris and soil sample | | |

United States' Exhibit List - 1
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | | |
|---|---|---|---|---|---|
| 8 | Bulk | fire debris and soil sample | | |
| 9 | Bulk | fire debris and soil sample | | |
| Search of Henline's Van | | | | | |
| 10 | Bulk | King's Market receipt from van | | |
| 11 | Bulk | two white BIC lighters from van | | |
| 12 | Bulk | 1 colorful BIC lighter from van | | |
| 13 | Bulk | blue torch lighter | | |
| 14 | Bulk | Hula Girl BIC lighter from van | | |
| 15-19 | | reserved | | |
| Search of Henline's Residence | | | | | |
| 20 | Bulk | grey BIC from Henline's room | | |
| 21 | Bulk | arrowhead necklace | | |
| 22 | Bulk | BIC lighters from suitcase | | |
| 23 | Bulk | mail to Henline | | |
| 24 | Bulk | brown T-shirts | | |
| 25 | Bulk | camo hat | | |
| 26 | Bulk | camo pants | | |
| 27 | Bulk | grey jacket | | |
| 28 | Bulk | grey sweatshirt | | |
| 29 | Bulk | three knives with horn handles | | |
| 30 | Bulk | machete | | |
| 31 | Bulk | blue shopping bag | | |
| 32 | Bulk | green BIC from desk | | |
| 33 | Bulk | Ronsonol lighter fuel bottle | | |
| 34 | Bulk | Ronsonol sample | | |
| 35 | Bulk | Samsung phone | | |
| 36-39 | | reserved | | |
| Search of Henline's Person | | | | | |
| 40 | Bulk | fingerless gloves | | |
| 41 | Bulk | boots | | |
| 42-49 | | reserved | | |
| Search of Abandoned Car | | | | | |
| 50 | Bulk | Rockstar Energy can | | |
| 51 | Bulk | blue bag | | |
| 52 | Bulk | sample from Rockstar Energy can | | |
| 53 | Bulk | styrofoam | | |
| 54 | Bulk | Clear Ultra-Pure Paraffin Lamp Oil | | |
| 55 | Bulk | ammonia | | |
| 56 | Bulk | bleach | | |
| 57-59 | | reserved | | |
| Sophie Marinkovich's Tire | | | | | |
| 60 | Bulk | tire | | |
| 61-69 | | reserved | | |
| Other | | | | | |
| 70 | Bulk | Ronsonol exemplar bottle | | |
| 71 | Bulk | San Juan County evidence packaging | | |
| 72-99 | | reserved | | |
| Maps and Diagrams | | | | | |
| 100 | Map | map of San Juan Islands | | |

United States' Exhibit List - 2
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 101 | Map | map of downtown Friday Harbor | | |
| 102 | Map | map of downtown Friday Harbor | | |
| 103 | Diagram | 40 Spring Street (Crystal Seas Kayaking) | | |
| 104 | Diagram | 50 Spring Street (Windermere) | | |
| 105 | Diagram | 80 First Street (Herb's Tavern) | | |
| 106 | Diagram | 70 Spring Street (Crow's Nest Coffee) | | |
| 107 | Map | map of key locations | | |
| 108 | Map | map of Town of Friday Harbor camera locations | | |
| 109 | Map | maps showing cameras along Henline's route, evening of April 6, 2022 | | |
| 110 | Map | maps showing Henline's route, evening of April 6, 2022 | | |
| 111-199 | | reserved | | |
| Photos and Videos | | | | |
| Businesses | | | | |
| 200 | Photo | 1 Front Street | | |
| 201 | Photo | 40 Spring Street | | |
| 202 | Photo | 40 Spring Street, back deck | | |
| 203 | Photo | 50 Spring Street | | |
| 204 | Photo | Windermere conference room, pre-fire | | |
| 205 | Photo | 80 First Street | | |
| 206 | Photo | SkyBar video still | | |
| 207 | Photo | rest of the block | | |
| 208 | Photos | area between 40 Spring Street and red building/ice cream shop | | |
| 209 | Photos | Spring Street Pier | | |
| Fire | | | | |
| 210 | Photos | overview | | |
| 211 | Video | 40 Spring Street | | |
| 212 | Video | 50 Spring Street | | |
| 213 | Photo | 50 Spring Street | | |
| 214 | Video | 80 First Street | | |
| 215 | Video | 80 First Street | | |
| 216 | Photos | 80 First Street | | |
| 217 | Photos | rear access to buildings | | |
| 218-19 | | reserved | | |
| Fire Damage | | | | |
| 220 | Photos | damage to 1 Front Street | | |
| 221 | Photos | damage to 40 Spring Street | | |
| 222 | Photo | damage to 50 Spring Street | | |
| 223 | Photos | damage to 70 Spring Street/80 First Street | | |
| 224-229 | | reserved | | |
| Fire Investigation | | | | |
| 230 | Photos | white cigarette lighter | | |
| 231 | Photos | drone photos | | |
| 232 | Photos | overhead view | | |
| 233 | Video | 3D vista presentation | | |

United States' Exhibit List - 3
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 233A | Photos | screenshots from 3D vista presentation | | |
| 234 | Photos | 40 Spring Street interior | | |
| 235 | Photos | lower deck | | |
| 236 | Photos | upper and mid-decks | | |
| 237 | Photos | alley between 40 Spring Street and 50 Spring Street | | |
| 238 | Photos | 50 Spring Street exterior | | |
| 239 | Photo | decontamination | | |
| 240 | Photos | excavation of lower deck | | |
| 241 | Photos | sifting | | |
| 242 | Photos | sifted items | | |
| 243 | Photos | evidence collection | | |
| 244 | Photos | interior of Windermere conference room | | |
| 245 | | reserved | | |
| 246 | Photos | 40 Spring Street | | |
| 247-49 | | reserved | | |
| Surveillance Video and Photos | | | | |
| 250 | Video | Windermere video 2130-2230 | | |
| 250A | Video | • excerpt at 10:04 p.m. | | |
| 251 | Video | Windermere video 0230-0315 | | |
| 251A | Video | • excerpt at 3:14 a.m. | | |
| 252 | Video | Windermere video 0315-0338 | | |
| 253 | Video | King's Market video | | |
| 253A | Photo | • normalization | | |
| 253B | Video | • excerpt at 5:02 p.m. | | |
| 254 | Video | King's Market video | | |
| 254A | Video | • excerpt at 5:05 p.m. | | |
| 255 | Video | King's Market video | | |
| 255A | Video | • excerpt at 5:12 p.m. | | |
| 255B | Photos | • screenshots from video | | |
| 256 | Video | King's Market video | | |
| 256A | Video | • excerpt at 8:12 p.m. | | |
| 257 | Video | CBP video | | |
| 257A | Video | • excerpt at 7:45 p.m. | | |
| 258 | Video | CBP video | | |
| 258A | Video | • excerpt at 8:11 p.m. | | |
| 258B | Video | • excerpt at 8:22 p.m. | | |
| 259 | Video | CBP video | | |
| 259A | Video | • excerpt at 9:57 p.m. | | |
| 260 | Video | Spring Street Pier video | | |
| 260A | Document | • normalization | | |
| 260B | Video | • excerpt at 7:45 p.m. | | |
| 260C | Video | • excerpt at 7:50 p.m. | | |
| 260D | Video | • excerpt at 8:10 p.m. | | |
| 260E | Video | • excerpt at 8:24 p.m. | | |
| 260F | Video | • excerpt at 8:51 p.m. | | |
| 260G | Video | • excerpt at 9:12 p.m. | | |
| 260H | Video | • excerpt at 9:24 p.m. | | |
| 260I | Video | • excerpt at 9:27 p.m. | | |

United States' Exhibit List - 4
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 260J | Video | • excerpt at 10:05 p.m. | | |
| 261 | Video | Town of Friday Harbor video: restroom back lot | | |
| 261A | Chart | • normalization | | |
| 261B | Video | • excerpt at 8:19 p.m. | | |
| 261C | Video | • excerpt at 9:54 p.m. | | |
| 262 | Video | Town of Friday Harbor video: Sunshine Alley/Nichols Street #2 | | |
| 262A | Video | • excerpt at 8:20 p.m. | | |
| 262B | Video | • excerpt at 9:55 p.m. | | |
| 263 | Video | Town of Friday Harbor video: Brickworks Lot #6 | | |
| 263A | Video | • excerpt at 8:20 p.m. | | |
| 264 | Video | Town of Friday Harbor video: Sunshine Alley/First Street | | |
| 264A | Video | • excerpt at 8:20 p.m. | | |
| 265 | Video | Town of Friday Harbor video: pocket park on Spring Street #2 | | |
| 265A | Video | • excerpt at 8:57 p.m. | | |
| 265B | Video | • excerpt at 9:07 p.m. | | |
| 265C | Video | • excerpt at 9:09 p.m. | | |
| 265D | Video | • excerpt at 9:55 p.m. | | |
| 266 | Video | Town of Friday Harbor video: breezeway | | |
| 266A | Video | • excerpt at 8:57 p.m. | | |
| 266B | Video | • excerpt at 9:06 p.m. | | |
| 266C | Video | • excerpt at 9:55 p.m. | | |
| 267 | Video | Town of Friday Harbor Video: Brickworks Lot #8 | | |
| 267A | Video | • Excerpt at 8:58 p.m. | | |
| 268 | Video | Town of Friday Harbor Video: Brickworks Lot #10 | | |
| 268A | Video | • excerpt at 9:55 | | |
| 269 | Video | Little Store Video | | |
| 269A | Photos | • normalization | | |
| 269B | Video | • excerpt at 9:48 p.m. | | |
| 269C | Video | • excerpt at 9:53 p.m. | | |
| 270 | Video | Washington State Ferry Video: Friday Harbor | | |
| 270A | Video | • excerpt at 10:07 p.m. | | |
| 270B | Video | • excerpt at 10:11 p.m. | | |
| 270C | Video | • excerpt at 10:12 p.m. | | |
| 270D | Video | • excerpt at 10:14 p.m. | | |
| 270E | Video | • excerpt at 10:14 p.m. | | |
| 270F | Video | • excerpt at 10:23 p.m. | | |
| 271 | Video | Washington State Ferry Video: M/V Yakima | | |
| 271A | Video | • excerpt at 10:24 p.m. | | |
| 271B | Video | • excerpt at 11:35 p.m. | | |
| 271C | Video | • excerpt at 11:57 p.m. | | |
| 271D | Photo | • screenshot of Henline on ferry | | |
| 272 | Video | Washington State Ferry Video: Anacortes | | |
| 272A | Video | • excerpt at 11:57 p.m. | | |

United States' Exhibit List - 5
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 273 | Video | CBP video | | |
| 273A | Video | • excerpt at 8:53 p.m. | | |
| 274 | Video | CBP video | | |
| 274A | Video | • excerpt at 9:11 p.m. | | |
| 275 | Chart | summary exhibit | | |
| 276 | Powerpoint | summary exhibit | | |
| 277-279 | | reserved | | |
| Search of Henline's Van | | | | |
| 280 | Photos | location of Henline's van | | |
| 281 | Photos | search of Henline's van: exterior | | |
| 282 | Photos | search of Henline's van: interior overview | | |
| 283 | Photos | search of Henline's van: control | | |
| 284 | Photos | search of Henline's van: driver's side interior, King's Market receipt | | |
| 285 | Photos | search of Henline's van: interior, lighters | | |
| 286-79 | | reserved | | |
| Search of Henline's Residence | | | | |
| 290 | Photos | search of residence: exterior | | |
| 291 | Photos | search of residence: interior | | |
| 292 | Photos | search of residence: Henline's room | | |
| 293 | Photos | search of residence: Ronsonol bottle & Rockstar Energy can | | |
| 294 | Photos | search of residence: suitcase area | | |
| 295 | Photos | search of residence: mail | | |
| 296 | Photos | search of residence: suitcase contents | | |
| 297 | Photos | search of residence: notebook | | |
| 298 | Photos | search of residence: Samsung phone | | |
| 299 | Photos | search of residence: knives | | |
| 300 | Photos | search of residence: other | | |
| 301-309 | | reserved | | |
| Search of Abandoned Car | | | | |
| 310 | Photos | location of abandoned car | | |
| 311 | Photos | exterior of abandoned car | | |
| 312 | Photos | interior of abandoned car | | |
| 313 | Photos | Rockstar Energy can | | |
| 314 | Photos | bag containing bleach, ammonia, and lamp oil | | |
| 315-319 | | reserved | | |
| Photos of Evidence | | | | |
| 320 | Photos | Henline's possessions at arrest | | |
| 321 | Photos | Henline's Samsung phone | | |
| 322 | Photos | Ronsonol evidence handling | | |
| 323 | Photos | tire collection | | |
| 324 | Photos | lighter fluid | | |
| 325 | Photos | bag containing ammonia, bleach, and lamp oil | | |
| 326 | Photo | bag | | |
| 327 | Photo | styrofoam | | |

United States' Exhibit List - 6
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 328 | Photos | lamp oil | | |
| 329 | Photos | bleach | | |
| 330 | Photos | ammonia | | |
| 331 | Photos | Rockstar Energy can | | |
| 332-39 | | reserved | | |
| Other | | | | |
| 340 | Photo | Ronsonol exemplar bottle | | |
| 340A | Document | receipt from purchase of Ronsonol exemplar bottle | | |
| 341 | Photos | arrest | | |
| 342 | Photos | cell tower | | |
| 343-99 | | reserved | | |
| Audio Recordings and Transcripts | | | | |
| 400 | Audio | Wilson's first call to dispatch | | |
| 400A | Document | transcript | | |
| 401 | Audio | Wilson's second call to dispatch | | |
| 401A | Document | transcript | | |
| 402 | Audio | Heller's first call to Henline: voicemail | | |
| 402A | Document | transcript | | |
| 403 | Audio | Heller's second call to Henline: interview | | |
| 403A | Document | transcript | | |
| 404 | Audio | Heller's third call to Henline: voicemail | | |
| 404A | Document | transcript | | |
| 405 | Audio | Heller's fourth call to Henline: interview | | |
| 405A | Document | transcript | | |
| 406 | Audio | Henline's voicemail message to Heller | | |
| 406A | Document | info re Henline's voicemail message to Heller | | |
| 407-499 | | reserved | | |
| Documents | | | | |
| 500 | Document | receipt for M&Ms and energy drinks | | |
| 501 | Document | receipt for bleach and ammonia | | |
| 502 | Document | receipt for Clear Ultra-Pure Paraffin Lamp Oil | | |
| 503 | Document | Facebook images | | |
| 504 | Document | ferry schedule | | |
| 505 | Document | Washington State Ferries log for M/V Yakima on April 6, 2022 | | |
| 506A | Document | excerpts from Samsung phone: April 6 call log | | |
| 506B | Photos | excerpts from Samsung phone: apps | | |
| 506C | Photos | excerpts from Samsung phone: texts with Tanner Miller | | |
| 506D | Photos | excerpts from Samsung phone: texts with Thomas Ronhaar | | |
| 506E | Photos | excerpts from Samsung phone: texts with Brian Germain | | |
| 506F | Photos | excerpts from Samsung phone: texts with Cris B. | | |
| 506G | Photos | excerpts from Samsung phone: images | | |
| 506H | Photos | excerpts from Samsung phone: partial log | | |

United States' Exhibit List - 7  
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| | | | | | |
|---|---|---|---|---|---|
| 507 | Photos | texts between Kurniadi and Henline | | |
| 508 | Photos | texts between Marinkovich and Henline | | |
| 509 | Photos | texts between Aurora Covington and Tanner Miller | | |
| 510 | Document | Whitis medical records | | |
| 511 | Document | King Alcohol Monitoring Records | | |
| 512 | Document | FBI CAST Report | | |
| 513-599 | | reserved | | |
| Reports of Investigation | | | | |
| 600 | Document | SCJSO report: Briggs complaint, 3-27-22 | | |
| 601 | Document | SCJSO report: Briggs complaint, 4-6-22 | | |
| 602 | Document | SCJSO report: trespass of Henline | | |
| 603 | Document | Fire Department report | | |
| 604 | Document | Fire Department report | | |
| 605 | Document | hotel guest lists | | |
| 606 | Document | Windermere video review (Vorotnikova) | | |
| 607 | Document | Spring Street Pier video review (Shuford, Vorotnikova) | | |
| 608 | Document | Washington State Ferry video collection & review (Michelin) | | |
| 609 | Document | Town of Friday Harbor video review (Arnold) | | |
| 610 | Document | CBP video review (Johnson) | | |
| 611 | Document | other CBP video collection & review (Vorotnikova) | | |
| 612 | Document | Island Tax video review (Shuford) | | |
| 613 | Document | King's Market video collection (Clemons) | | |
| 614 | Document | ACE Hardware video collection & review | | |
| 615 | Document | Little Store video collection & review (Clemons) | | |
| 616 | Document | Big Store video collection & review (Clemons) | | |
| 617 | Document | location of Henline's car (Michelin, Heller) | | |
| 618 | Document | search warrant execution on Henline's van | | |
| 619 | Document | surveillance (Heller) | | |
| 620 | Document | surveillance (Michelin & Shuford) | | |
| 621 | Document | search warrant execution on Henline's grandparents' home | | |
| 622 | Document | Island County SO reports re search warrant and arrest | | |
| 623 | Document | phone interviews of Henline | | |
| 624 | Document | Henline's voicemail | | |
| 625 | Document | Langley PD report re arrest of Henline | | |
| 626 | Document | attempted custodial interview of Henline | | |
| 627 | Document | transport of Henline (Salcepuedes, Early) | | |
| 628 | Document | SJCSO report re discovery of ammonia, bleach, and lamp oil | | |
| 629 | Document | search of abandoned car | | |
| 630 | Document | examination of evidence from van and abandoned car | | |

United States' Exhibit List - 8  
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 631 | Document | Samsung extraction report (Widmer) | | |
| 632 | Document | iPhone extraction report (Salcepuedes) | | |
| 633 | Document | Zippo report | | |
| 634 | Document | FBI CAST report (Kennedy) | | |
| 635 | Document | investigation of Whitis | | |
| 636 | Document | King ankle monitor report | | |
| 637 | Document | measurements (Heller) | | |
| 638 | Document | report re examination of routers | | |
| 639 | Document | ATF evidence log | | |
| 640 | Document | SJCSO evidence logs | | |
| 641 | Document | chain of custody, items from van, grandparents' residence, Henline, and abandoned car | | |
| 642 | Document | chain of custody, sampling of Ronsonol | | |
| 643 | Document | chain of custody, evidence view | | |
| 644-699 | | reserved | | |
| Expert Reports and Related Materials | | | | |
| 700 | Document | Origin & Cause report (McCormick) | | |
| 701 | Document | McCormick disclosure | | |
| 702 | Document | McCormick supplemental disclosure | | |
| 703 | Document | McCormick notes | | |
| 704 | Photos | McCormick presentation | | |
| 705A | Video | McCormick video | | |
| 705B | Video | McCormick video | | |
| 706 | Document | Electrical Engineer report (Rouleau) | | |
| 707 | Document | Rouleau disclosure | | |
| 708 | Document | Rouleau notes | | |
| 709 | Photos | photo set for Rouleau | | |
| 710 | Document | diagram/illustration set for Rouleau | | |
| 711 | Document | chemist lab report re fire debris (Schwenk) | | |
| 712 | Document | chemist lab report re Rockstar Energy can (Schwenk) | | |
| 713 | Document | chemist lab report re Ronsonol and gloves (Schwenk) | | |
| 714 | Document | Schwenk disclosure | | |
| 715 | Document | Schwenk notes re chain of custody and communications | | |
| 716 | Document | Schwenk notes re fire debris | | |
| 717 | Document | Schwenk notes re Ronsonol and gloves | | |
| 718 | Document | Schwenk notes re Rockstar Energy can | | |
| 719 | Photos | photo set for Schwenk | | |
| 720 | Document | latent print report re lighter (Rees) | | |
| 721 | Document | latent print report re Rockstar Energy can (Rees) | | |
| 722 | Document | Rees disclosure | | |
| 723 | Document | Rees notes | | |
| 724 | Document | DNA lab report re lighter and Rockstar Energy can (Kim) | | |
| 725 | Document | Kim disclosure | | |
| 726 | Document | WSP report re knife and tire (Wyant) | | |

United States' Exhibit List - 9  
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| 727 | Document | Wyant disclosure | | |
| 728 | Document | Wyant notes | | |
| 729 | Photos | photo set for Wyant: tire | | |
| 730 | Photos | photo set for Wyant: knife A | | |
| 731 | Document | Grove disclosure: June 10, 2022 | | |
| 732 | Document | Grove disclosure: September 7, 2023 | | |
| 733 | Photos | Grove photos and diagrams | | |
| 734A | Video | Grove illustrative video | | |
| 734B | Video | Grove illustrative video | | |
| 735-799 | | reserved | | |
| Statements and Reports of Interviews | | | | |
| 800 | Document | Bishop | | |
| 801 | Document | Borahan | | |
| 802 | Document | Briggs | | |
| 803 | Document | Carroll | | |
| 804 | Document | Conroy | | |
| 805 | Document | Corey | | |
| 806 | Document | Covington | | |
| 807 | Document | Fincher | | |
| 808 | Document | Franklin | | |
| 809 | Document | Greene | | |
| 810 | Document | Hartzel | | |
| 811 | Document | Hartzel & Monin | | |
| 812 | Document | Henrie | | |
| 813 | Document | Holt | | |
| 814 | Document | Hurley & Patterson | | |
| 815 | Document | King, Eric | | |
| 816 | Document | King, Greg | | |
| 817 | Document | Krieger, Johannes & Angela | | |
| 818 | Document | Kreiger, Johannes | | |
| 819 | Document | Kurniadi | | |
| 820 | Document | Lean | | |
| 821 | Document | Mager & Nibler | | |
| 822 | Document | Marinkovich | | |
| 823 | Document | Martinez | | |
| 824 | Document | Mason | | |
| 825 | Document | Miller | | |
| 826 | Document | Monin | | |
| 827 | Document | Padilla | | |
| 828 | Document | Peter | | |
| 829 | Document | Roling | | |
| 830 | Document | Ronhaar | | |
| 831 | Document | Salinas | | |
| 832 | Document | Smith | | |
| 833 | Document | Tappan | | |
| 834 | Document | TeGrotenhuis | | |
| 835 | Document | Wilson | | |

United States' Exhibit List - 10
United States v. Henline, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| 836-899 | reserved | | |
|---|---|---|---|

DATED this 30th day of October, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 *s/ Erin H. Becker*
ERIN H. BECKER
CECELIA GREGSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2905
Email: Erin.Becker@usdoj.gov

United States' Exhibit List - 11
*United States v. Henline*, CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970