JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | NO. 2:22-CR-69 JHC |
| vs. | DEFENDANT'S EXHIBIT LIST (AMENDED) |
| DWIGHT HENLINE, | |
| Defendant. | |

Dwight Henline, through counsel, David Hammerstad and Joshua Saunders, offers the following exhibit list. The defense reserves the right to supplement or revise the exhibit list with additional exhibits as necessary prior to and during trial.

| Exhibit No. | Description |
|---|---|
| 1001 | Dale Mann expert report |
| 1002 | Dale Mann powerpoint slides |
| 1003 | Dale Mann supplemental report |

DEFENDANT'S EXHIBIT LIST
(*U.S. v. Henline; 22-69 JHC*)

The Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215
e-mail: david@hammerstadlaw.com

1

DATED this 30th day of October, 2023

    /s/ David Hammerstad____
David Hammerstad #34255
Attorney at Law
Law Office of David Hammerstad, LLC
1000 2nd Ave, Suite 3140
Seattle, WA 98104
(206) 445-0215

## CERTIFICATE OF SERVICE

I, David Hammerstad, hereby certify that on October 30 2023, I electronically filed the foregoing *Exhibit List* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Government.

    /s/ David Hammerstad____
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, WA 98104
(206) 445-0215
david@hammerstadlaw.com

DEFENDANT'S EXHIBIT LIST
(*U.S. v. Henline; 22-69 JHC*)

The Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215
e-mail: david@hammerstadlaw.com

2

| | |
|---|---|
| **DEFENDANT'S EXHIBIT LIST**<br>(*U.S. v. Henline; 22-69 JHC*) | **The Law Office of David Hammerstad, LLC**<br>1000 2nd Avenue, Suite 3140<br>Seattle, Washington 98104<br>Tel. 206.445.0215<br>e-mail: david@hammerstadlaw.com |