1

2

3

4

5

6

7

8

The Honorable John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

| UNITED STATES OF AMERICA, | No. CR22-069 JHC |
|---|---|
| Plaintiff, | **GOVERNMENT'S PROPOSED SECOND SUPPLEMENTAL JURY INSTRUCTIONS (CITED)** |
| v. | |
| DWIGHT CHRISTIANSON HENLINE, | |
| Defendant. | |

15

16

DATED this 6th day of November, 2023.

17

18

19

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

20

21

22

23

24

25

26

*s/ Erin H. Becker*
ERIN H. BECKER
CECELIA GREGSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970

27

28

1

REQUESTED TRIAL INSTRUCTION NO. 9

2

3

INSTRUCTION NO. ___

4

5      You are about to hear see photographs of a notebook seized during the search

6  warrant at Henline's residence on April 15, 2022. This evidence is admitted only for

7  limited purposes. You may consider this evidence only for the purpose of deciding

8  whether the defendant had the state of mind or intent necessary to commit the crimes

9  charged in the indictment; and had a motive to commit the crimes charged in the

10  indictment.

11      Do not consider this evidence for any other purpose.

12      Of course, it is for you to determine whether you believe this evidence and, if you

13  do believe it, whether you accept it for the purpose offered. You may give it such weight

14  as you feel it deserves, but only for the limited purpose that I described to you.

15      The defendant is not on trial for anything he wrote in the notebook. You may not

16  consider the evidence of this event as a substitute for proof that the defendant committed

17  the crimes charged. You may not consider this evidence as proof that the defendant has a

18  bad character or any propensity to commit crimes. Specifically, you may not use this

19  evidence to conclude that because the defendant may have made the writings in the

20  notebook, he must also have committed the acts charged in the indictment.

21      Remember that the defendant is on trial here only for Arson, not for this other act.

22  Do not return a guilty verdict unless the government proves the crimes charged in the

23  indictment beyond a reasonable doubt.

24

25  Ninth Circuit Model Jury Instruction – 2.10

26

27

28

*United States v. Henline* / CR22-69 JHC
Government's Proposed Jury Instructions - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUESTED TRIAL INSTRUCTION NO. 10


INSTRUCTION NO. ___


At the Court's direction, a portion of the photograph at page 2 of Exhibit 297 has been redacted. You should not speculate as to what has been redacted or the reason for the redaction.

*United States v. Henline* / CR22-69 JHC
Government's Proposed Jury Instructions - 3