JUDGE JOHN H. CHUN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br><br>　　vs.<br><br>DWIGHT HENLINE,<br><br>　　　　　　Defendant. | NO. 2:22-CR-69 JHC<br><br>DEFENDANT'S SECOND AMENDED EXHIBIT LIST |

　　　　Dwight Henline, through counsel, David Hammerstad and Joshua Saunders, offers the following exhibit list. The defense reserves the right to supplement or revise the exhibit list with additional exhibits as necessary prior to and during trial.

| Exhibit No. | Description |
|---|---|
| 1001 | Dale Mann expert report |
| 1002 | Dale Mann powerpoint slides |
| 1003 | Dale Mann supplemental report |

| | |
|---|---|
| **DEFENDANT'S SECOND AMENDED EXHIBIT LIST**<br>(*U.S. v. Henline; 22-69 JHC*) | **The Law Office of David Hammerstad, LLC**<br>1000 2nd Avenue, Suite 3140<br>Seattle, Washington 98104<br>Tel. 206.445.0215<br>e-mail: david@hammerstadlaw.com |

1

| 1004 | Clemons ROI log |
|------|-----------------|
| 1005 | Photos from Arnold video review |
| 1006 | Photos from Clemons video review |
| 1007 | DaVinci building photo |
| 1008 | DaVinci report |
| 1009 | Burned decking photo |
| 1010 | Crystal Seas Kayaking diagram |
| 1011 | Mann powerpoint (updated) |
| 1012 | Mann supplemental |
| 1013 | DaVinci diagram |

DATED this 13th day of November, 2023

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Office of David Hammerstad, LLC
1000 2nd Ave, Suite 3140
Seattle, WA 98104
(206) 445-0215

**DEFENDANT'S SECOND AMENDED EXHIBIT LIST**
(*U.S. v. Henline; 22-69 JHC*)

The Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215
e-mail: david@hammerstadlaw.com

2

## CERTIFICATE OF SERVICE

I, David Hammerstad, hereby certify that on November 13, 2023, I electronically filed the foregoing *Exhibit List* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the Government.

    /s/ David Hammerstad____
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, WA 98104
(206) 445-0215
david@hammerstadlaw.com

DEFENDANT'S SECOND AMENDED EXHIBIT LIST
(*U.S. v. Henline; 22-69 JHC*)

The Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215
e-mail: david@hammerstadlaw.com