Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendants. | No. CR22-69JLR<br><br>JURY QUESTION AND<br>THE COURT'S RESPONSE |

Question from the Jury:

May the court produce an elevation map of downtown Friday Harbor for the jurors to review?

Foreperson

Date and Time: 11/14/23 1:15 pm

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

No. Please refer to jury instruction 5, titled, "What Is Evidence."

DATED this 14th day of Nov., 2023 at 1:40 a.m./p.m.

HON. JOHN H. CHUN
United States District Judge

JURY QUESTION AND THE COURT'S RESPONSE – 2