Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-69JLR |
| Plaintiff, | |
| v. | JURY QUESTION AND THE COURT'S RESPONSE |
| DWIGHT CHRISTIANSON HENLINE, | |
| Defendants. | |

Question from the Jury:

(The jury has communicated the Courtroom Deputy its request for playable format regarding exhibits 257, 258, 259, 273, and 274.)

Date and Time: November 14, 2023, 2:32 p.m.

The Court's Response:

Exhibits 250, 251, and 252 were admitted in a format that allows the time stamp to be toggled on and off. The default is off. The computer provided to the jury to view exhibits does not allow that feature to be used.

Exhibits 257, 258, 259, 273, and 274 (and their subexhibits) were admitted in a format that allows the brightness to be adjusted. The computer provided to the jury to view exhibits does not allow that feature to be used.

JURY QUESTION AND THE COURT'S RESPONSE – 1

1        If the jury would like to view any video exhibit with any of those features

2   turned on, it should alert the court and identify the exhibit number, the relevant time

3   frame, and the feature. The jury will then be brought into the courtroom to view that

4   exhibit on a system that has that functionality.

5        DATED this 15th day of November, 2023 at 10:20 a.m.

6

7

8

9   HON. JOHN H. CHUN
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26