Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>  Defendants. | No. CR22-69JLR<br><br>JURY QUESTION AND<br>THE COURT'S RESPONSE |

Question from the Jury:

After having made our own conscientious decisions and forming beliefs about the weight and effect of the evidence, we are unable to reach a verdict unanimously.

How should we proceed?

▮▮▮▮▮▮
Foreperson

Date and Time: 11/16/23  9:31 am

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

(In response to the jury's question, the Court read to the jury Ninth Circuit Model Criminal Instruction 6.25 (Deadlocked Jury). This was done on the record with the parties and counsel present.)

DATED this 16th day of November, 2023 at 10:07 a.m.

*John H. Chun*

HON. JOHN H. CHUN
United States District Judge