Hon. John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendants. | No. CR22-69JLR<br><br>JURY QUESTION AND<br>THE COURT'S RESPONSE |

Question from the Jury:

We have listened to the views of our fellow jurors with an open mind; we have re-examined our views.

We unanimously agree, some jurors would have to change their honest belief about the weight and effect of the evidence simply to reach a unanimous verdict.

█████████████

Foreperson

Date and Time: 11/16/23  2:30pm

JURY QUESTION AND THE COURT'S RESPONSE – 1

The Court's Response:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATED this _____ day of _____, 20__ at _____ a.m./p.m.

_____
HON. JOHN H. CHUN
United States District Judge