The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> DWIGHT CHRISTIANSON HENLINE, <br><br> Defendant. | No. CR22-69 JHC <br><br> UNITED STATES' MOTION TO FILE AN OVERLENGTH BRIEF <br><br> NOTING DATE: November 29, 2023 |

The United States files this motion seeking an order from this Court permitting the United States to file its Response to Defendant's Motion to Reopen Detention Hearing in excess of the 4,200 word limitation. Specifically, the United States seeks the Court's approval to file a response that is 4,772 words in length. The United States seeks this authorization in order to thoroughly address the defendant's motion. In particular, it is necessary for the Court to have a full understanding of the facts underpinning the charges in order to fully evaluate the nature of the offense, the weight of the evidence, and the danger that the defendant poses to community safety—all considerations that are critical to the determination of whether to detain the defendant.

Motion to File Overlength Brief - 1
*United States v Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In order to give the Court that full understanding of the factual background, it is not possible to respond to the defendant's motion within the word limitation provided by the court rules.

DATED this 29th day of November, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Erin H. Becker*
Erin H. Becker
Cecelia Gregson
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:  (206) 553-2905
E-mail:  Erin.Becker@usdoj.gov

Motion to File Overlength Brief - 2
*United States v Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970