The Honorable Brian A. Tsuchida

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DWIGHT CHRISTIANSON HENLINE,

Defendant.

NO. CR22-69 JHC

NOTICE FILING PHYSICAL
MATERIALS – THUMB DRIVE –
WITH CLERK

16      Erin H. Becker and Cecelia Gregson, Assistant United States Attorneys, submits

17  this Notice of Filing Physical Materials – Thumb drive – with the Clerk.

18      This thumb drive contains Recorded Calls and Audio Messages of Exhibits A, C

19  and D to the Government's Response to Defendant's Motion to Reopen Detention

20  Hearing.  A copy of the thumb drive was provided as a courtesy copy for the Judge's

21  chambers.

22  //

23  //

24  //

25
26
27

NOTICE FILING PHYSICAL MATERIALS - 1
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   A copy of will be provided to the defense as well.

2       DATED this 29th day of November 2023.

3                                       Respectfully submitted,

4

5                                       TESSA M. GORMAN
                                        Acting United States Attorney

6

7                                       */s/ Erin H. Becker*

8                                       Erin H. Becker
                                        Cecelia Gregson
9                                       Assistant United States Attorneys
                                        700 Stewart Street, Suite 5220
10                                      Seattle, WA 98101-1271
                                        Telephone:    (206) 553-2905
11                                      E-mail:       Erin.Becker@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE FILING PHYSICAL MATERIALS - 2
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970