The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | No. CR22-69 JHC<br><br>**SUPPLEMENTAL RESPONSE TO DEFENDANT'S MOTION TO REOPEN DETENTION HEARING** |

In support of its opposition to the Henline's Motion to Reopen, the government provides the Court with one additional exhibit. *See* Exhibit E: Jail call from Henline to

///

///

Supplement to Opposition to Motion to Reopen - 1
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

his mother on November 16, 2023, at 07:40–11:54 (refusal to comply with likely condition of release to attend AA meetings).

DATED this 8th day of December, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Erin H. Becker*
Erin H. Becker
Cecelia Gregson
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2905
E-mail:          Erin.Becker@usdoj.gov

Supplement to Opposition to Motion to Reopen - 2
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970