Government's Supp. Exhibit E [Physical Material]