The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | NO. CR22-69 JHC<br><br>NOTICE OF FILING PHYSICAL MATERIALS – THUMB DRIVE – WITH CLERK |

    Erin H. Becker and Cecelia Gregson, Assistant United States Attorneys, submits this Notice of Filing Physical Materials – Thumb drive – with the Clerk.

    This thumb drive contains a recorded call and audio message of Supp. Exhibit E to the Government's Response to Defendant's Motion to Reopen Detention Hearing.  A copy of the thumb drive was provided as a courtesy copy for the Judge's chambers.

//

//

//

NOTICE FILING PHYSICAL MATERIALS - 1
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

A copy of will be provided to the defense as well.

DATED this 8th day of December, 2023.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/ Erin H. Becker*
Erin H. Becker
Cecelia Gregson
Assistant United States Attorneys
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone:   (206) 553-2905
E-mail:   Erin.Becker@usdoj.gov

NOTICE FILING PHYSICAL MATERIALS - 2
*United States v. Henline* / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970