The Honorable Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | No. CR22-69 JHC<br><br>ORDER FOR TEMPORARY RELEASE FOR PURPOSES OF PLEA AND SENTENCING IN KING COUNTY SUPERIOR COURT |

This matter is before the Court on the parties' agreed motion for a temporary release order to permit the defendant to be transported to the King County Superior Court for plea and sentencing, and to the King County Jail for administrative booking. The Court, having considered the agreed motion, and being fully advised in the premises, orders the defendant's temporary release for the purposes of plea, sentencing, and administrative booking under the following conditions:

1. The defendant, Dwight Christianson Henline, shall be released to the custody of special agents and/or task officers of the Bureau of Alcohol, Tobacco, Firearms, and Explosives. The release shall occur on December 20, 2023.

2. The purpose of this temporary release order is to permit the defendant's transport to the King County Superior Court for entry of a plea of guilty on two counts

Order for Temoprary Release - 1
United States v. Henline / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and for sentencing on those same counts, and the defendant's transport to the King County Jail for administrative booking.

3. During the temporary release, shall remain at all times in the custody of ATF special agents and/or task force officers, as well as any law enforcement personnel or custodial officers designated by ATF as necessary to accomplish the purposes for the which this temporary release is ordered (e.g., booking, safe transport into and through the King County Courthouse, etc.). No additional stops are permitted except to the extent that ATF deems it necessary for safe transit and care for the defendant while he is in their custody (e.g., a meal, a restroom stop).

4. The defendant shall have no direct contact with anyone associated with the defendant, such as family members or friends, during the temporary release. This order is not intended to bar family members or other associates from attending public court hearings involving the defendant that are contemplated by this order.

5. The defendant shall be returned to the FDC by ATF personnel as expeditiously as possible after the completion of the court proceedings and administrative booking authorized in this order.

The clerk is directed to send certified copies of this order to the parties and the U.S. Marshal Service.

Dated this 19th day of December, 2023.

*/s/ Paula L. McCandlis*
Honorable Paula L. McCandlis
U.S. Magistrate Judge

Order for Temoprary Release - 2
United States v. Henline / CR22-69 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970