Judge John H. Chun

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DWIGHT CHRISTIANSON HENLINE,<br><br>Defendant. | CASE NO.  CR22-69 JHC<br><br>ORDER DISMISSING SUPERSEDING INDICTMENT WITHOUT PREJUDICE<br><br>**CLERK'S ACTION REQUIRED** |

The Court, having reviewed the Motion to Dismiss the Superseding Indictment Without Prejudice, enters the following order:

//
//

Order Dismissing Superseding Indictment Without Prejudice
*United States v. Henline*, CR22-69 JHC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that the Superseding Indictment in this case is dismissed
2  without prejudice. The defendant shall be immediately released under this cause number.
3  The clerk is directed to send certified copies of this order to the parties and to the U.S.
4  Marshal Service.
5  Dated this 20th day of December, 2023.

_____
JOHN H. CHUN
United States District Judge

Presented by:

*/s/ Cecelia Y. Gregson*
CECELIA Y. GREGSON
ERIN H. BECKER
Assistant United States Attorneys

Order Dismissing Superseding Indictment Without Prejudice
*United States v. Henline*, CR22-69 JHC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970